# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ENRIQUE MEZA SORIA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Civil Action No. 2:10cv61**

**ERIC HOLDER, United States Attorney General;**
**HARLEY LAPPIN, Director of Federal Bureau of Prisons;**
**DR. EDDIE ANDERSON and DR. E. MACE,**

    **Defendants.**

## ORDER

On June 16, 2010, Magistrate Judge David J. Joel filed his Report and Recommendation ("R&R") (Doc. 14), wherein the plaintiff was directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within fourteen (14) days after being served with a copy of the R&R. Plaintiff filed his objections on July 28, 2010 (Doc. 17).

Upon examination of the report from the Magistrate Judge, it appears to this Court that the issues raised by the plaintiff in his civil rights complaint, wherein plaintiff alleges that he is not receiving appropriate medical treatment, were thoroughly considered by Magistrate Judge Joel in his R&R. Upon review of the plaintiff's objections, which appear to make a blanket objection to the R&R, this Court finds that the plaintiff has not raised any issues that were not already throughly considered and addressed by the Magistrate Judge in his R&R. This Court finds, as did the Magistrate Judge, that the plaintiff has failed to exhaust his administrative remedies, thus barring remedy at this level. This Court, upon an independent *de novo* consideration of all matters now before it, is of the opinion that the R&R accurately reflects the law applicable to this case. Therefore, it is

**ORDERED** that Magistrate Judge Joel's R&R (Doc. 14) be, and the same hereby is, **ADOPTED**. Accordingly, it is

**ORDERED** that the plaintiff's Complaint (Doc. 1) be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies, and that this civil action be **STRICKEN** from the docket of the Court. It is further

**ORDERED** that the Clerk shall enter judgment for the defendants. It is further

**ORDERED** that, if plaintiff should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure. The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal. In the alternative, at the time the notice of appeal is submitted, plaintiff may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed *in forma pauperis* from the United States Court of Appeals for the Fourth Circuit.

The Clerk of the Court is directed to transmit a copy of this Order to all parties appearing herein.

**DATED**: January 28, 2011.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE